Fill in this information to identify the case:

Debtor name: **American Mariculture, Inc.**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA, FT. MYERS DIVISION**
Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Robin Pearl<br>14511 Dory Lane<br>Fort Myers, FL 33908 | | | | | | $1,940,612.83 |
| Holland & Knight<br>1120 S. Tryon Street<br>Charlotte, NC 28203 | | | | | | $280,000.00 |
| O'Connor Hernandez & Associates, P.A.<br>999 Brickell Ave, Suite 740<br>Miami, FL 33131 | | | | | | $169,757.75 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $155,000.00 |
| Blue Street Capital, LLC<br>17011 Beach Blvd., #710<br>Huntington Beach, CA 92647 | | | | | | $143,218.36 |
| Zeigler Bros Inc<br>400 Gardners Station Rd.<br>Gardners, PA 17324 | | | | | | $131,257.44 |
| Rangen, Inc.<br>1500 E. Cedar St.<br>Angleton, TX 77515 | | | | | | $116,734.26 |
| Melville G. Brinson, III P.A.<br>8359 Stringfellow Rd.<br>Unit A. Suite 102<br>St. James City, FL 33956 | | | | | | $116,734.26 |
| Florida First Capital Finance Corp.<br>1351 N. Gadsden St.<br>Tallahassee, FL 32303 | | | | | | $100,000.00 |
| LCEC<br>4980 Bayline Drive North<br>Fort Myers, FL 33917 | | | | | | $92,127.13 |

Debtor **American Mariculture, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chase Bank<br>P.O. Box 15299<br>Wilmington, DE 19850-5299 | | | | | | $75,000.00 |
| WEG Electric Group<br>6655 Sugarloaf Parkway<br>Duluth, GA 30097 | | | | | | $38,551.37 |
| Comcast<br>PO Box 8587<br>Philadelphia, PA 19101-0601 | | | | | | $34,477.00 |
| Tax Projects Group, LLC<br>581 Knotty Pine Dr.<br>Incline Village, NV 89451-8415 | | | | | | $32,165.00 |
| Continental Carbonic Products, Inc.<br>Dept 3833<br>PO Box 123833<br>Dallas, TX 75312-3833 | | | | | | $22,067.14 |
| Tim Morris<br>4937 Sandpiper Drive<br>Saint James City, FL 33956 | | | | | | $21,527.41 |
| Willscot Mobile Mini<br>4646 East Van Buren St., #400<br>Phoenix, AZ 85008 | | | | | | $16,741.92 |
| LGC Genomics, LLC<br>P.O.Box 392301<br>Pittsburgh, PA 15251-9301 | | | | | | $16,471.00 |
| P1 Finance<br>13601 McGregor Blvd., #15<br>Fort Myers, FL 33919 | | | | | | $16,381.36 |
| Waste Pro USA, Inc.<br>13110 Rickenbacker Pkwy.<br>Fort Myers, FL 33913 | | | | | | $11,180.16 |

**Fill in this information to identify the case:**

Debtor name: **American Mariculture, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, FT. MYERS DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ Chapter 11 or Chapter 9 Cases: *List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1.8.2025         X _____/s/ M. Horsley_____
                               Signature of individual signing on behalf of debtor

                               **Ross Horsley**
                               Printed name

                               **President**
                               Position or relationship to debtor