# United States Bankruptcy Court
## Middle District of Florida, Ft. Myers Division

In re **American Mariculture, Inc.** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ross Horsley and Brooks Horsley**<br>**9703 Stringfellow Rd.**<br>**Saint James City, FL 33956** | | **52.1%** | |
| **Stover Investor Group**<br>**c/o Andrew Stover**<br>**1301 E. 9th St., #3700**<br>**Cleveland, OH 44114** | | **47.9%** | |

In re: American Mariculture, Inc. Case No. ______
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 1.8.2025 Signature ______
Ross Horsley

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.