# United States Bankruptcy Court
## Middle District of Florida, Ft. Myers Division

In re __American Mariculture, Inc.__
Debtor(s)

Case No. _____
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __American Mariculture, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 8, 2025
Date

/s/ Scott A. Stichter
**Scott A. Stichter**
Signature of Attorney or Litigant
Counsel for __American Mariculture, Inc.__
**Stichter, Riedel, Blain & Postler, P.A.**
**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
**(813) 229-0144 Fax:(813) 229-1811**
**sstichter@srbp.com**