ORDERED.

**Dated:  January 09, 2025**

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                        Chapter 11

AMERICAN MARICULTURE, INC,                  Case No. 2:25-bk-00022-FMD

      Debtor.
_____/

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION
FOR ORDER DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b)**

THIS CASE came before the Court without a hearing for consideration of the *Debtor's Expedited Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b)* (the "**Motion**") filed in the Chapter 11 cases of American Mariculture, Inc., Case No. 2:25-bk-00022-FMD ("**AMI**") (Doc. No. 6), American Penaeid, Inc., Case No. 2:25-bk-00023-FMD ("**API**") (Doc. No. 6), and  Sun Shrimp Gourmet, Inc., Case No. 2:25-bk-00024-FMD ("**SSG**") (Doc. No. 6) (collectively referred to as the "**Bankruptcy Cases**").  The Court finds that the Motion is well taken and should be granted.  Accordingly, it is

**ORDERED**:

1.      The Motion (Doc. No. 6) is granted.

2.      The Bankruptcy Cases shall be jointly administered and *In re American Mariculture, Inc*., Case No. 2:25-bk-00022-FMD is designated as the "Lead Case."

3.      The Clerk of the Court shall maintain a single case docket and Court file under the Lead Case number.

4.      The Clerk of the Court shall maintain separate claims registers and ballot files (if separate plans are filed) for each Bankruptcy Case.

5.      Except as otherwise set forth below, all papers including, without limitation, motions, applications, notices, monthly operating reports, and orders, shall be filed in the Lead Case and shall bear the following joint administration caption:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                          Chapter 11

AMERICAN MARICULTURE, INC,          Case No. 2:25-bk-00022-FMD
AMERICAN PENAEID, INC,                     Case No. 2:25-bk-00023-FMD
SUN SHRIMP GOURMET, INC,              Case No. 2:25-bk-00024-FMD

    Debtors.                                           *Jointly Administered under*
_____/          *Case No. 2:25-bk-00022-FMD*

6.      The Clerk of the Court shall docket this Order in each of the Bankruptcy Cases and give notice to all CM/ECF filers and PACER users that all future filings shall be filed and docketed in the Lead Case.

7.      The following papers shall be filed in the separate Bankruptcy Cases, captioned with the name and case number for that particular case:

4903-6660-2763, v. 2

a.   List of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure;

b.   Schedules and statements of financial affairs (and any amendments thereto),

c.   Claims and notices relating to transfers of claims (however, objections to claims shall be filed in the Lead Case and shall specify the jointly administered case to which the objection applies);

d.   Ballots (if separate plans are filed); and

e.   Motions for final decree.

8.   Each of the jointly administered Debtors shall file separate monthly operating reports to be docketed in the Lead Case.

9.   Papers and orders that pertain to one or more **specific** Debtor(s) shall be filed in the Lead Case; however, the caption of the paper or order shall designate the specific Debtor(s) to which the paper or order applies.  The caption of the paper and/or order shall be in the following form:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN MARICULTURE, INC, | Case No. 2:25-bk-00022-FMD |
| AMERICAN PENAEID, INC, | Case No. 2:25-bk-00023-FMD |
| SUN SHRIMP GOURMET, INC, | Case No. 2:25-bk-00024-FMD |
| Debtors. | *Jointly Administered under* |
| _____/ | *Case No. 2:25-bk-00022-FMD* |
| [Name of Specific Debtor], | Case No. |
| Applicable Debtor. | |
| _____/ | |

3

10.     The debtors in possession, or if applicable, trustees, shall not commingle assets or liabilities unless and until the Court determines, after notice and hearing, that grounds exists to order substantive consolidation of the Bankruptcy Cases.

11.     If creditors are added to the matrices of the jointly administered Debtors, counsel for the Debtors shall serve this Order on all added creditors and file proof of such service in the Lead Case.

*Attorney Scott A. Stichter is directed to serve a copy of this order on interested parties who do not receive CM/ECF service and file a proof of service within 3 days of entry of the order.*

4903-6660-2763, v. 2