UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN MARICULTURE, INC, | Case No. 2:25-bk-00022-FMD |
| AMERICAN PENAEID, INC, | Case No. 2:25-bk-00023-FMD |
| SUN SHRIMP GOURMET, INC, | Case No. 2:25-bk-00024-FMD |
| Debtors. _____/ | *Jointly Administered under Case No. 2:25-bk-00022-FMD* |

## JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY

AMERICAN MARICULTURE, INC. ("**AMI**"); AMERICAN PENAEID, INC. ("**API**"); and SUN SHRIMP GOURMET, INC. ("**SSG**") (collectively, the "**Debtors**"), pursuant to Local Rule 2081-1, hereby file their Joint Chapter 11 Case Management Summary (the "**Summary**"). For their Summary, the Debtors state the following:

### Introduction

On January 8, 2025 (the "**Petition Date**"), the Debtors filed with this Court Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Code.

### Case Management Items

**Description of the Debtors' Businesses**

The Debtors' commenced operations in 2013 and grow all-natural, sustainable and fresh shrimp. The Debtors' business operations are located on Pine Island, Florida. AMI is engaged in the business of growing the shrimp. API is engaged in international sales and AMI and SSG handle domestic sales.

**Location of Debtors' Operations and Whether Leased/Owned**

The Debtors' operate on fifty-five acres of Pine Island real property that it leases from Dr. Ross Horsley ("**Dr. Horsley**").  AMI owns fifteen acres of land, which is located adjacent to the leased property, although the Debtors' operations are conducted on the leased property.  Dr. Horsley is the Debtors' president and a significant shareholder.

**Reasons for Filing Chapter 11**

The Debtors' initial plan was to raise shrimp for consumption.  The Debtors experienced their first operational issue as large numbers of shrimp began to die.  To address this issue, the Debtors began breeding different stocks of shrimp, which were sold as broodstock.  The adult shrimp are sold to various shrimp farms, which breed the shrimp to produce shrimp for consumption.

The Debtors anticipated entering into a partnership with another company to raise the broodstock shrimp, although that partnership never materialized.  The Debtors currently breed their broodstock from fifty-two different families of shrimp, constantly changing the genetic make-up to produce the shrimp that will be most hearty and resilient broodstock for the various markets.

After introducing its new broodstock shrimp, the Debtors' sales began growing, with a focus in international sales. This sales initiative resulted in significant increases in international sales, the majority of which were to China.  Sales reached $25 million and the Debtors were the largest producers of broodstock shrimp in the world.  However, the Debtors' sales were adversely impacted by COVID, as China halted the purchase of imported shrimp.

Following COVID, sales once again began to slowly increase.  The Debtors attempted to market the companies for sale and had lengthy discussions with a potential purchaser.  The sale efforts failed for three reasons.  First, Hurricane Ian caused significant damage to the Debtors'

operations. Second, there was a downturn in the global shrimp market. Third, a judgement of approximately $5 million was entered in a trademark infringement lawsuit against API and another $5 million judgment was entered against the Former Officer (as defined below). The judgements were reversed on appeal and the lawsuit remains pending in the trial court.

Beginning in 2022, the Debtors' financial condition began to deteriorate. The revenues have not been sufficient to support operations and the Debtors have relied on borrowings from the shareholders to fund operating shortfalls. The damage to the premises from the two hurricanes increased the need for insider loans.

The Debtors' former president and chief executive officer (the "**Former Officer**") recently resigned. After reviewing the books and records, a number of financial irregularities were discovered. The Debtors have filed the bankruptcy cases in order to allow them to sell their assets.

**List of Officers and Directors and Their Salaries and Benefits at Time of Filing and During the One Year Prior to Filing**

The Debtors' president and Chief Executive Officer (the "**Former Officer**") resigned shortly before the Petition Date. Dr. Ross Horsley and Trevor Horsley are the current officers and directors of the Debtor. Dr. Horsley is the Debtors' president and Trevor Horsley is the Debtors' secretary and treasurer. Dr. Horsley together with his brother, Brooks Horsley, own a majority of the shares of AMI.

Neither Dr. Horsley nor Trevor Horsley received a salary in the last twelve months.

**Debtors' Annual Gross Revenues**[1]

AMI's annual gross revenue for fiscal year ended July 31, 2024 was approximately $7,211,733.81.

---

[1] As discussed above, the prior president has resigned. The former officer as responsible for monitoring the Debtors' books and records and the Debtors have discovered there are a number of irregularities in the books. The Debtors are compiling this Case Management Summary to the best of their abilities, although they are continuing to update the books and records.

API's annual gross revenue for fiscal year ended July 31, 2024 was approximately $1,381,006.72.

SSG's annual gross revenue for fiscal year ended July 31, 2024 was approximately $6,581.41.

**Amounts Owed to Various Classes of Creditors**

Although the Debtors have not filed their respective Schedules or Statement of Financial Affairs, the Debtors believe the creditors will be comprised of the following:

**Priority Claims:**

The Debtors owe money for unpaid payroll taxes in the estimated amount of $155,000. The Debtors owe employees payroll for the nine days preceding the Petition Date.

There are other amounts that are owed to employees and the Debtors are investigating the exact amounts owed. First, employees were previously instructed to obtain their own health insurance and the employees would be reimbursed for their health payments. The Debtors estimate that the amount owed for accrued health insurance obligations is estimated to be $175,000. Second, some employees were asked to accrue a portion of their wages. The Debtors estimate that the amount owed for accrued payroll is $325,000. The Debtors are attempting to determine the extent to which such amounts would be entitled to priority treatment under the Bankruptcy Code.

**Secured Claims:**

As of the Petition Date, the Debtors' secured obligations are comprised of amounts due and owing to the United States of America, acting through the National Oceanic and Atmospheric Administration ("**NOAA**"). The NOAA loan closed on May 24, 2021, and each of the Debtors were borrowers under that facility. The Debtors currently owe approximately $2,650,000 to NOAA.

On October 4, 2022, AMI borrowed $3,000,000 from Cargill Financial Services International, Inc. ("**Cargill**").  The balance owed to Cargill is approximately $3,000,000.

The Debtors borrowed money from the Small Business Administration (the "**SBA**") for an Economic Disaster Loan on October 20, 2021.  The balance owed to the SBA is approximately $2,000,000.

The following secured creditors under purchase money security interests:

1. Airgas USA may assert a lien against a chart vessel owned by AMI;

2. Jonsson International, Inc., d/b/a Gregor Jonsson may assert a lien against a Jonsson shrimp peeling system owned by SSG;

3. Takeuchi Financial Services may assert liens against two Takeuchi Excavators owned by AMI;

4. Robert Riser & Co., Inc. may assert a lien against a Ross Model tray scaler owned by AMI;

5. Leaf Capital Funds, LLC may assert a lien against a thermal printer owned by AMI;

6. Macquarie Equipment Capital, Inc. may assert a lien against an Algae Biomass machine, which is owned by AMI; and

7. Hitachi Capital America Corp., as assignee of Financial Agent Services, may assert a lien on an excavator, which is owned by AMI.

**Unsecured Claims:**

The Debtors owe approximately $2,600,000 to general unsecured creditors and approximately $2.5 million for loans from investors.

**General Description and Approximate Value of Debtor's Assets**

The Debtors' assets consist of personal property, cash, its inventory of broodstock, farm equipment and tanks, supplies, office furniture, automobiles, trailers, parts and intellectual property.  The Debtors also own fifteen (15) acres of land adjacent to the leased property.

**Number of Employees and Amount of Wages Owed as of Petition Date**

The Debtors recently had a reduction in employees and currently have fourteen (14) employees. The weekly employees are paid one week in arrears on each Friday. Monthly employees are paid the second Friday of each month. The amount of pre-petition wages owed for the pre-petition periods is approximately $24,000.

**Status of Debtor's Payroll and Sales Tax Obligations, if applicable**

The Debtors do not owe any sales tax obligations. The Debtors are not current on payroll taxes and estimate that they owe approximately $155,000 in withholding taxes.

**Anticipated Emergency Relief Within 14 Days of Petition Date**

The Debtors anticipate filing the following emergency motions: (1) motion to use cash collateral, (2) motion to pay pre-petition wages, and (3) motion to borrow.

**Debtors' Strategic Objectives**

The Debtors filed these cases with the goal of selling the businesses.

WHEREFORE, the Debtors respectfully submit this as their Joint Chapter 11 Case Management Summary.

                                      */s/ Scott A. Stichter*
                                      Scott A. Stichter (FBN 0710679)
                                      Stichter Riedel Blain & Postler, P.A.
                                      110 East Madison Street, Suite 200
                                      Tampa, Florida   33602
                                      Telephone: (813) 229-0144
                                      Email:  sstichter@srbp.com
                                      Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Joint Chapter 11 Case Management Summary* has been furnished on this 13th day of January, 2025, by the Court's electronic mail to all parties receiving CM/ECF electronic noticing.

*/s/ Scott A. Stichter*
Scott A. Stichter