UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN MARICULTURE, INC, | Case No. 2:25-bk-00022-FMD |
| AMERICAN PENAEID, INC, | Case No. 2:25-bk-00023-FMD |
| SUN SHRIMP GOURMET, INC, | Case No. 2:25-bk-00024-FMD |
| Debtors. _____/ | *Jointly Administered under Case No. 2:25-bk-00022-FMD* |

### CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is a just cause to request a consideration of the following pleading on an emergency basis:

**DEBTORS' EMERGENCY MOTION FOR AUTHORIZATION TO PAY PREPETITION WAGES, SALARIES, AND OTHER EMPLOYEE BENEFITS**

I CERTIFY FURTHER that there is a true necessity for an emergency hearing. The Debtors owe prepetition compensation to employees, payment of which is due on January 17, 2025. Accordingly, the Debtors request a hearing on or before **January 15, 2025**, to avoid disruptions to its business, and irreparable harm to the estate.

2

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

DATED: January 13, 2025

                                                                                */s/ Scott A. Stichter*
                                                                                Scott A. Stichter (FBN 0710679)
                                                                                Stichter Riedel Blain & Postler, P.A.
                                                                                110 East Madison Street, Suite 200
                                                                                Tampa, Florida 33602
                                                                                Telephone: (813) 229-0144
                                                                                Email: sstichter@srbp.com
                                                                                Attorneys for Debtors

2