ORDERED.

Dated: January 16, 2025

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN MARICULTURE, INC, | Case No. 2:25-bk-00022-FMD |
| AMERICAN PENAEID, INC, | Case No. 2:25-bk-00023-FMD |
| SUN SHRIMP GOURMET, INC, | Case No. 2:25-bk-00024-FMD |
| Debtors.                                            / | *Jointly Administered under Case No. 2:25-bk-00022-FMD* |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR
AUTHORITY TO USE CASH COLLATERAL ON AN INTERIM BASIS**

THESE CASES came before the Court for hearing on January 15, 2025 at 10:00 a.m. (the "**Hearing**") for consideration of the *Debtors' Emergency Motion for Authority to Use Cash Collateral* (Doc. No. 16) (the "**Motion**")[1] filed by American Mariculture Inc., American Penaeid, Inc., and Sun Shrimp Gourmet, Inc. (together, the "**Debtors**"). The Motion seeks the entry of interim and final orders authorizing the Debtors to use "Cash Collateral" as defined in Section 363(a) of the Bankruptcy Code. For the reasons stated in Court, it is

**ORDERED**:

1.  The Motion is granted on an interim basis.

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.

2

2. <u>Cash Collateral Authorization</u>.  Subject to the provisions of this order, the Debtors are authorized to use Cash Collateral to pay:  (a) amounts expressly authorized by this Court; (b) the current and Necessary expenses set forth in the budget attached to Exhibit A, plus an amount not to exceed ten percent (10%) for each line item; and (c) such additional amounts as may be expressly approved in writing by the Lenders.  This authorization will continue until further order of this Court.  Except as authorized in this order, the Debtor is prohibited from use of Cash Collateral.  However, expenditures in excess of the line items in the budget or not on the budget will not be deemed to be unauthorized use of Cash Collateral, unless the recipient cannot establish that the expense would be entitled to administrative expense priority if the recipient had extended credit for the expenditure.  Expenditures in excess of the line items in the budget or not on the budget may, nonetheless, give rise to remedies in favor of the Lenders.

3. <u>Debtor Obligations</u>.  The Debtors shall timely perform all obligations of debtors in possession required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the orders of this Court.

4. <u>Access to Records and Premises</u>.  Upon reasonable notice, and provided that it does not unreasonably interfere with the business of the Debtors, the Debtors shall grant to the Lenders access to the Debtors' business records and premises for inspection.

5. <u>Replacement Liens as to Cash Collateral</u>.  Each creditor with a security interest in Cash Collateral shall have a perfected post-petition lien against Cash Collateral and all other postpetition assets to the same extent and with the same validity and priority as the prepetition lien or Cash Collateral, without the need to file or execute any document as may otherwise be required under applicable non bankruptcy law. To the extent the proposed adequate protection with respect to the use of Cash Collateral provided herein is insufficient to protect the Lenders from any

diminution in value of its prepetition liens in the Cash Collateral, Lenders shall be entitled to an administrative priority claim in the amount of any such diminution. Any liens against assets, which are not Cash Collateral, are not Cash Collateral and shall not be impacted by this Order.

6. <u>Insurance</u>. The Debtors shall maintain insurance coverage for their property in accordance with the obligations under the loan and security documents with the Lenders.

7. <u>Without Prejudice</u>. This order is without prejudice to: (a) any subsequent request by a party in interest for modified adequate protection or restrictions on use of Cash Collateral; (b) any other right or remedy which may be available to the Lenders.

8. <u>Creditors' Committee</u>. The provisions of this Order are without prejudice to the rights of the U.S. Trustee to appoint a committee or any rights of a duly appointed committee to challenge the validity, priority, and extent of any lien(s) asserted against Cash Collateral.

9. <u>Enforcement</u>. The Court shall retain jurisdiction to enforce the terms of this Order.

10. <u>Wells Fargo</u>. The Debtors are authorized to use funds in the bank account with Wells Fargo to make disbursements in accordance with this Order and with the Budget until Debtor-in-Possession accounts are opened.

11. <u>Continued Hearing</u>. The Court shall conduct a further hearing on the Motion on **February 12, 2025 at 10:30 a.m.** in Hearing Room 4-102, United States Courthouse, 2110 First Street, Fort Myers, Florida.

> UNLESS OTHERWISE NOTIFIED, JUDGE DELANO WILL CONDUCT ALL FORT MYERS HEARINGS BY ZOOM FROM TAMPA COURTROOM 9A. Parties may attend the hearing by video or telephone via Zoom. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON AT THE FORT MYERS COURTHOUSE.
>
> Parties are directed to consult Judge Delano's Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day before the date of the hearing.

4901-1684-5067, v. 4

4

Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance, no later than 3:00 p.m. one business day before the date of the hearing. To register, manually enter the following web address into a browser:

https://www.zoomgov.com/meeting/register/vJItcuiuqjkqHbhiVyx7cvgFK47e2yzWhAQ#/registration

All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

*Attorney Scott A. Stichter is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*

4

| Week ending | Total next 4 weeks | | 1/7 | 1/14 | 1/21 | 1/28 | 2/4 |
|---|---:|---:|---:|---:|---:|---:|---:|
| Total Income | | | $ 31,000 | $ 95,000 | $ 53,000 | $ 125,000 | $ 50,000 |
| Shipping | | | | $ 12,000 | $ 19,000 | $ 10,600 | $ 25,000 |
| Sales Commisons | $ | 17,700 | $ 1,550 | $ 4,750 | $ 2,650 | $ 6,250 | $ 2,500 |
| Shipping Supplies | $ | 16,150 | | $ 4,750 | $ 2,650 | $ 6,250 | $ 2,500 |
| Other | $ | 8,000 | | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Supplies | $ | 8,000 | | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Farm Insurance | $ | 4,000 | | | | $ 4,000 | |
| Truck insurance | $ | 4,500 | | $ 4,500 | | | |
| Electric | $ | 20,000 | | | $ 20,000 | | |
| Feed | $ | 10,000 | | $ 5,000 | | $ 5,000 | |
| Repairs | $ | 10,000 | | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 |
| Payroll | $ | 136,659 | $ 28,957 | $ 25,832 | $ 25,832 | $ 25,832 | $ 30,207 |
| Travel | $ | 4,000 | | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Marketing | $ | 2,000 | | $ 500 | $ 500 | $ 500 | $ 500 |
| Penske | $ | 5,500 | | $ 5,500 | | | |
| Total Expenses | | | $ 30,507 | $ 70,332 | $ 78,132 | $ 65,932 | $ 68,207 |
| Gross Profit | $ | 40,891 | $ 493 | $ 24,668 | $ (25,132) | $ 59,068 | $ (18,207) |
| Cumulative Profit | | | $ 493 | $ 25,162 | $ 30 | $ 59,098 | $ 40,891 |
| Begin Balance | | | $ 16,000 | $ 16,493 | $ 41,162 | $ 16,030 | $ 75,098 |
| Income | $ | 354,000 | $ 31,000 | $ 95,000 | $ 53,000 | $ 125,000 | $ 50,000 |
| DIP Creditline | $ | - | $ - | $ - | $ - | $ - | $ - |
| Expenses | $ | 313,109 | $ 30,507 | $ 70,332 | $ 78,132 | $ 65,932 | $ 68,207 |
| End Balance | | | $ 16,493 | $ 41,162 | $ 16,030 | $ 75,098 | $ 56,891 |