ORDERED.

Dated: January 27, 2025

*Caryl E. Delano*
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

| In re: | Chapter 11 |
|---|---|
| AMERICAN MARICULTURE, INC, | Case No. 2:25-bk-00022-FMD |
| AMERICAN PENAEID, INC, | Case No. 2:25-bk-00023-FMD |
| SUN SHRIMP GOURMET, INC, | Case No. 2:25-bk-00024-FMD |
| Debtors. | *Jointly Administered under Case No. 2:25-bk-00022-FMD* |

**ORDER GRANTING DEBTORS' MOTION TO APPROVE
PROCEDURES RELATED TO SALE OF SEEDSTOCK AND TO
APPROVE PROCEDURES TO COMPENSATE PERSONNEL IN
CONNECTION WITH THE SALE OF SEEDSTOCK ON AN INTERIM BASIS**

THESE CASES came before the Court for hearing on January 15, 2025 at 10:00 a.m. (the **Hearing**") for initial consideration of the *Debtors' Motion to Approve Procedures Related to Sale of Seedstock and to Approve Procedures to Compensate Personnel in Connection with the Sale of Seedstock* (Doc. No. 26) (the "**Motion**")[1] filed by American Mariculture Inc., American Penaeid, Inc., and Sun Shrimp Gourmet, Inc. (together, the "**Debtors**"). The Motion seeks the entry of an order authorizing the Debtors to sell Seedstock in accordance with the procedures set forth in the Motion. For the reasons stated in Court, it is

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.

**ORDERED**:

1. The Motion is granted on an interim basis.

2. The Debtors are authorized to continue to market Seedstock in the ordinary course of business.

3. The Debtors are authorized to establish the Sales Account in connection with the sale of Seedstock and deposit funds received from the sale of Seedstock in the Sales Account.

4. The Debtors are authorized to pay expenses incurred in filling the Seedstock sales from the Sales Account and transfer the remaining proceeds from each sale of Seedstock to the Debtor's operating account.

5. The Court shall conduct a further hearing on the Motion on **February 12, 2025 at 10:30 a.m.** in Hearing Room 4-102, United States Courthouse, 2110 First Street, Fort Myers, Florida.

> All parties may attend the hearing in person. Parties are directed to consult Judge Delano's Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day before the date of the hearing.

> Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance, no later than 3:00 p.m. one business day before the date of the hearing. To register, manually enter the following web address into a browser:

> https://www.zoomgov.com/meeting/register/vJItcuiuqjkqHbhiVyx7cvgFK47e2yzWhAQ#/registration

> All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent

4919-9120-5393, v. 1

3

with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

*Attorney Scott A. Stichter is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*

3

4919-9120-5393, v. 1