UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN MARICULTURE, INC,<br>AMERICAN PENAEID, INC,<br>SUN SHRIMP GOURMET, INC, | Case No. 2:25-bk-00022-FMD<br>Case No. 2:25-bk-00023-FMD<br>Case No. 2:25-bk-00024-FMD |
| Debtors.<br>_______________________________________/ | *Jointly Administered under*<br>*Case No. 2:25-bk-00022-FMD* |

# AMENDED JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY

AMERICAN MARICULTURE, INC. ("**AMI**"); AMERICAN PENAEID, INC. ("**API**"); and SUN SHRIMP GOURMET, INC. ("**SSG**") (collectively, the "**Debtors**"), pursuant to Local Rule 2081-1, hereby file their Amended Joint Chapter 11 Case Management Summary (the "**Summary**"). For their Summary, the Debtors state the following:

## Introduction

On January 8, 2025 (the "**Petition Date**"), the Debtors filed with this Court Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Code.

## Case Management Items

### Description of the Debtors' Businesses

The Debtors' commenced operations in 2013 and grow all-natural, sustainable and fresh shrimp. The Debtors' business operations are located on Pine Island, Florida. AMI is engaged in the business of growing shrimp, and developing all related technologies including growout, hatchery, genetics, processing and marketing. API is engaged in international sales of AMI's specially developed genetic seedstock lines. SSG operates the companies' food truck which markets shrimp to locals.

**Location of Debtors' Operations and Whether Leased/Owned**

The Debtors operate on fifty-five acres of Pine Island real property that it leases from Dr. Ross Horsley ("**Dr. Horsley**") and on fifteen acres of land which AMI owns, which is located adjacent to the leased property. Most of the Debtors' operations are conducted on the leased property. Dr. Horsley was the Debtors' president on the Petition Date and a significant shareholder.

**Reasons for Filing Chapter 11**

The Debtors' initial plan was to raise fresh shrimp for consumption in the United States. The Debtors experienced their first operational issue when shrimp survival rates declined in the first couple of years of operations. To address this issue, the Debtors began breeding different stocks of shrimp, which solved their survival issues and represented a new source of income as the world's shrimp farmers were interested in using the Debtors' broodstock. The broodstock are adult shrimp that are sold worldwide to various hatcheries who in turn sell locally hatches off-spring as baby shrimp in their local countries to be town out to produce shrimp for consumption.

The Debtors currently breed their broodstock from fifty-two different families of shrimp, constantly changing the genetic make-up to produce the shrimp that will be most hearty and resilient broodstock for the various markets.

After introducing its new broodstock shrimp, the Debtors' sales began growing, with a focus in international sales. This sales initiative resulted in significant increases in international sales, the majority of which were to China. Sales reached $25 million and the Debtors were the largest producers of broodstock shrimp in the world. However, the Debtors' sales were adversely impacted by COVID, as China halted the purchase of imported shrimp, and all other shrimp producing companies were also affected by the stoppage of international trade of live seedstock.

Following COVID, sales once again began to slowly increase. The Debtors attempted to market the companies for sale and had lengthy discussions with a potential purchaser. The sale efforts failed for three reasons. First, Hurricane Ian caused significant damage to the Debtors' operations. Second, there was a downturn in the global shrimp market. Third, a judgement of approximately $5 million was entered in a trademark infringement lawsuit against API and against the Former Officer (as defined below). The judgements were reversed on appeal and the lawsuit remains pending in the trial court.

Beginning in 2022, the Debtors' financial condition began to deteriorate. The revenues have not been sufficient to support operations, and the Debtors have relied on borrowings from the shareholders to fund operating shortfalls.

Following the damage from Hurricanes Helene and then Milton in the fall of 2024 which essentially destroyed all the Debtors greenhouse facilities (which had been repaired at a cost of $2.3 million two years earlier due to a direct hit from Hurricane Ian in 2022), the Debtors needed immediate capital to make emergency repairs. A group of insider shareholders (the "**Insider Shareholders**") made the investment but demanded that the Insider Shareholders take over responsibility for the company finances and overall management. The Former Officer resigned. The Insider Shareholders attempted to manage the Debtors businesses, but were unable to pay debts. On January 8, 2025 the Debtors filed the bankruptcy cases.

**List of Officers and Directors and Their Salaries and Benefits at Time of Filing and During the One Year Prior to Filing**

The Debtors' president and Chief Executive Officer (the "**Former Officer**") resigned two months before the Petition Date. Dr. Ross Horsley and Trevor Horsley were the officers and directors of the Debtors. Dr. Horsley is the Debtors' president and Trevor Horsley is the Debtors' secretary and treasurer. Subsequent to the bankruptcy filings the Former Officer

returned as CEO and sole officer of the Debtor. The Former Officer received under five percent (5%) of his contracted salary in the prior twelve (12) months.

Neither Dr. Horsley nor Trevor Horsley received a salary in the last twelve months.

**Debtors' Annual Gross Revenues**

AMI's annual gross revenue for fiscal year ended July 31, 2024 was approximately $5,830,779.32.

API's annual gross revenue for fiscal year ended July 31, 2024 was approximately $1,381,719.44.

SSG's annual gross revenue for fiscal year ended July 31, 2024 was approximately $6,581.41.

**Amounts Owed to Various Classes of Creditors**

The Debtors believe the creditors will be comprised of the following:

**Priority Claims:**

The Debtors owe money for unpaid payroll taxes in the estimated amount of $136,334.32. The Debtors paid employees payroll for the nine days preceding the Petition Date following court approval.

There are other amounts that are owed to employees. The Debtors estimate that the amount owed for accrued health insurance obligations is estimated to be $25,000. Second, some employees were asked to accrue a portion of their wages. The Debtors estimate that the amount owed for accrued payroll is $615,471.50. The Debtors are attempting to determine the extent to which such amounts would be entitled to priority treatment under the Bankruptcy Code.

**Secured Claims:**

As of the Petition Date, the Debtors' secured obligations are comprised of amounts due and owing to the United States of America, acting through the National Oceanic and Atmospheric Administration ("**NOAA**"). The NOAA loan closed on May 24, 2021, and each of the Debtors were borrowers under that facility. The Debtors currently owe approximately $2,650,000 to NOAA.

On October 4, 2022, AMI borrowed $3,000,000 from Cargill Financial Services International, Inc. ("**Cargill**"). The balance owed to Cargill is approximately $3,000,000.

The Debtors borrowed money from the Small Business Administration (the "**SBA**") for an Economic Disaster Loan on October 20, 2021. The balance owed to the SBA is approximately $2,000,000.

The following secured creditors under purchase money security interests:

1. Jonsson International, Inc., d/b/a Gregor Jonsson has a secured interest against a Jonsson shrimp peeling system rented by SSG;

2. Takeuchi Financial Services may assert liens against two Takeuchi Excavators owned by AMI;

3. Leaf Capital Funds, LLC may assert a lien against a thermal printer owned by AMI;

**Unsecured Claims:**

The Debtors owe approximately $2,714,372 to general unsecured creditors and approximately $2,623.702 for loans from Shareholders.

**General Description and Approximate Value of Debtor's Assets**

The Debtors' assets consist of personal property, cash, its inventory of broodstock, farm equipment and tanks, supplies, office furniture, automobiles, trailers, parts and intellectual property. The Debtors also own fifteen (15) acres of land adjacent to the leased property.

**Number of Employees and Amount of Wages Owed as of Petition Date**

The Debtors recently had a reduction in employees and currently have fourteen (14) employees. The weekly employees are paid one week in arrears on each Friday. Monthly employees are paid the second Friday of each month. The amount of pre-petition wages owed for the pre-petition periods was approximately $24,000. These prepetition wages were paid with Court approval.

**Status of Debtor's Payroll and Sales Tax Obligations, if applicable**

The Debtors do not owe any sales tax obligations. The Debtors are not current on payroll taxes and estimate that they owe approximately $136,329.71 in withholding taxes.

**Anticipated Emergency Relief Within 14 Days of Petition Date**

The Debtors anticipate filing the following emergency motions: (1) motion to use cash collateral, (2) motion to pay pre-petition wages, and (3) motion to borrow.

**Debtors' Strategic Objectives**

The Insider Shareholders filed these cases with the goal of selling the businesses. However, following the return of the Former Officer, the Debtors are trying to restructure the Debtors' capital structure in way that will allow the companies to continue and regain status as going concerns. Despite the last four years negative effects of Covid, multiple hurricanes, and a historic downturn in the worldwide shrimp industry, the Debtors are confident that with patience from all involved, they can rebuild, succeed and take care of all their creditors, shareholders, employees and customers.

WHEREFORE, the Debtors respectfully submit this as their Amended Joint Chapter 11 Case Management Summary.

*/s/ Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: sstichter@srbp.com
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Joint Chapter 11 Case Management Summary* has been furnished on this 5th day of February, 2025, by the Court's electronic mail to all parties receiving CM/ECF electronic noticing.

*/s/ Scott A. Stichter*
Scott A. Stichter