ORDERED.

**Dated:  July 11, 2025**

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:
AMERICAN MARICULTURE, INC,                    Case No. 2:25-bk-00022-FMD
AMERICAN PENAEID, INC,                        Case No. 2:25-bk-00023-FMD
SUN SHRIMP GOURMET, INC,                      Case No. 2:25-bk-00024-FMD

                                              Jointly Administered under
                                              Case No. 2:25-bk-00022-FMD
                                              Chapter 11

         Debtor.
_____/

**ORDER GRANTING THE UNITED STATES TRUSTEE'S**
**SECOND MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE**

THIS CAUSE came on for hearing on July 9, 2025 at 11:00 a.m., to consider the United States Trustee's Motion to Dismiss or Convert Chapter 11 Case (Doc. No. 122)(the "Motion to Dismiss").  The Court considered the motion, the record, and the representations of the parties and for the reasons stated orally and recorded in open Court, finds cause to grant the relief sought in the Motion.   Accordingly, it is

   **ORDERED:**

   1.  The Motion to Dismiss (Doc. 122) is **GRANTED**.

   2.  The automatic stay is hereby **TERMINATED**.

   3.  None of the Debtors' debts or liabilities are discharged.

The Clerk's Office is directed to serve a copy of this order on the Debtor and interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.